UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELA S.,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KILOLO KIJAKAZI Acting Commissioner of  )<br>Social Security,  )<br>  )<br>Defendant.  )  | No. 1:20-cv-01135-MJD-SEB |

## JUDGMENT

The Court having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **REVERSED,** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Entry.

SO ORDERED.

Dated: 6 AUG 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system